An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH FARRIS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62481

**FILED**

MAR 2 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion for production of file-stamped copy of habeas corpus petition. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Because no statute or court rule permits an appeal from an order denying the above-mentioned motion, we lack jurisdiction. Castillo v. State, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-08338

cc:    Hon. Ronald J. Israel, District Judge
        Kenneth Farris
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk